UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMETT CALDWELL,

                Plaintiff,

-against-

ST. JAMES PRESBYTERIAN CHURCH, et al.,

                Defendants.

25-CV-7120 (LTS)

ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

      In 2015, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Caldwell v. Gigante*, No. 15-CV-2153 (LAP) (S.D.N.Y. July 9, 2015). Plaintiff files this new action *pro se*, seeks IFP status, and has not sought leave from the Court. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the July 9, 2015 order. *See Caldwell*, No. 15-CV-2153 (ECF 4).[1]

      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   September 2, 2025
             New York, New York

                                    /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                   Chief United States District Judge

---

[1] Plaintiff also has a pending action naming many of the same defendants. *See Caldwell v. Saint James Presbyterian Church*, No. 25-CV-2522 (S.D.N.Y.).